IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR: 06-133ML - 01 |
| | ) | |
| | ) | |
| v. | ) | In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), and 846; 18 U.S.C. § 2 |
| | ) | |
| | ) | |
| ✓RONALD G. HOPKINS, a/k/a "SWIFT" | ) | |
| and WILLIE WALKER | ) | |

SUPERSEDING INDICTMENT

FILED
FEB 14 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

The Grand Jury charges that:

COUNT I

Beginning on or about a date unknown to the grand jury and continuing until on or about June 26, 2006, in the District of Rhode Island, the defendants, RONALD G. HOPKINS, a/k/a "SWIFT," WILLIE WALKER, and others known and unknown to the grand jury, did knowingly, intentionally and wilfully combine, conspire, confederate, and agree with each other to knowingly and intentionally distribute and possess with the intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), all in violation of 21 U.S.C. § 846.

COUNT II

On or about June 26, 2006, in the District of Rhode Island,

the defendants, RONALD G. HOPKINS, a/k/a "SWIFT" and WILLIE WALKER, did knowingly and intentionally distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2.

COUNT III

On or about June 29, 2006, in the District of Rhode Island, the defendant, RONALD G. HOPKINS, a/k/a "SWIFT" did knowingly and intentionally distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

COUNT IV

On or about July 17, 2006, in the District of Rhode Island, the defendant, RONALD G. HOPKINS, a/k/a "SWIFT" did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a

Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: February 14, 2007