AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

USA

v.

Willie Walker

APPEARANCE

CASE NUMBER: CR06-133-02ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Willie Walker.

I certify that I am admitted to practice in this court.

Feb 15 2007
Date

Robert B. Mann
Signature

Robert MANN 0153
Print Name Bar Number

ONE TURKS HD PL. SUITE 610
Address

PROV RI 02903
City State Zip Code

351-5770 521-4305
Phone Number Fax Number

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.