UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-133-02ML |
| | ) | |
| WILLIE WALKER | ) | |

MOTION TO EXTEND TIME AND VACATE TRIAL ASSIGNMENT DATE

Now comes the defendant in the above entitled matter and moves:

1) That the time for filing pretrial motions be extended to and through April 19, 2007;

2) That the time for responses/oppositions to any pretrial motions be extended to and through April 30, 2007;

3) That the placement of this matter on the April continuous trial calendar be vacated;

Counsel for the Government and the defendant have conferred by telephone on this date. Counsel for the Government has indicted the Government will be filing an enhancement in this case. The defense requests additional time to consider what motions, if any, it desires to file.

The defense is authorized to state the Government has no objection to this motion.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount, but at least 21 days.

There has been no previous delay related to the subject matter of this motion, which is excludable.

WILLIE WALKER
By his Attorney,

/s/Robert B. Mann____________

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 28th day of March, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann

Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR 06-133-02ML
)
WILLIE WALKER )

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO EXTEND TIME AND VACATE TRIAL ASSIGNMENT DATE

For the reasons set forth in the motion, the defense requests the extension of time and vacation of the trial date.

WILLIE WALKER
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 28th day of March, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net