IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 06-133ML |
| | ) | |
| | ) | Information pursuant to |
| v. | ) | 21 U.S.C. § 851 |
| | ) | |
| | ) | |
| WILLIE WALKER | ) | |

INFORMATION CHARGING PRIOR CONVICTION

The Defendant, WILLIE WALKER, who was charged by the United States Grand Jury in the District of Rhode Island on February 14, 2007 with conspiracy to distribute and possess with intent to distribute 5 grams or more of cocaine base in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) and 846, and distribution of 5 grams or more of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2, has been previously convicted of the following felony drug offenses under state law:

1. Conspiracy to Violate the Controlled Substances Act, Providence County (Rhode Island) Superior Court (case number P2-2000-3131A);

2. Second Controlled Substance Offense and Possession of a Schedule I-V Controlled Substance, Providence County (Rhode Island) Superior Court (case number P2-2000-1076A);

3. Second Controlled Substance Offense, Providence County (Rhode Island) Superior Court (case number P2-99-3880A);

4. Possession of a Controlled Substance, Providence County (Rhode Island) Superior Court (case number P2-97-3964A); and,

5. Possession of a Controlled Substance - Subsequent Offense, Providence County (Rhode Island) Superior Court (case number P2-2003-3954A).

The United States of America gives notice under 21 U.S.C. § 851 that the defendant, WILLIE WALKER, has previous convictions for felony drug offenses. Therefore, the defendant is subject to a fine of not more than four million dollars, a term of imprisonment of not less than ten years and not more than life, and a term of supervised release of at least eight years and not more than life on Count One and Count Two of the indictment.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

On April 4, 2007, I caused the within "Information Charging Prior Conviction" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Robert B. Mann, Esquire
One Turks Head Building
Suite 610
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER

SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov