Providence Superior Court

State of Rhode Island vs Willie Walker

Case No: P2-2000-3131A

JUDGMENT OF CONVICTION AND COMMITMENT

On the date(s) below came the attorney for the State and the defendant, who appeared in person and by counsel, before the justice of the Superior Court named below.

Prosecutor: Dianne L. Leyden
Defense Attorney(s): S. Joshua Macktaz

**IT IS ADJUDGED** that the defendant, having entered a plea or having been found guilty as charged of the offense(s):

Count 1: Consp To Viol Cntrl Subs Act, Plea Of Nolo Contendere, Sentenced By Judge Dimitri, 28-Sep-2000

Full Sentence 6 Years
Term To Serve 9 Months
Suspended 63 Months
Probation 63 Months consecutive P2-2000-1076A
Total Assessments $968.00

and the Court, having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

**IT IS ADJUDGED** that the defendant is guilty as charged and convicted.

**IT IS ADJUDGED** that the defendant is hereby committed to the custody of the warden of the Adult Correctional Institutions for the period stated above.

**IF CONVICTED AFTER TRIAL,** the defendant has been advised of his/her right to appeal within twenty (20) days to the Supreme Court and of his/her right, if unable to pay the cost of an appeal, to apply for leave to be represented on appeal by the public defender or to appeal in forma pauperis.

**IT IS ORDERED** that the Clerk deliver a certified copy of this judgment to the proper authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY ATTEST

Clerk | Justice, Superior Court | 10/6/00 Date

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER
I hereby certify that this document is an exact photographic reproduction of the original document on file in the Supreme Court Records Center
3/30/07