STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

EXHIBIT 3

PROVIDENCE, Sc. SUPERIOR COURT

State of Rhode Island

vs. CASE NO. P2993880A

WILLIE WALKER

JUDGMENT OF CONVICTION
AND COMMITMENT

On this date, 11-12-99 came the attorney for the State, SMALL and the defendant who appeared in person and by counsel, namely MICHAEL R EGAN before Judge CLIFTON .

IT IS ADJUDGED that the defendant upon a PLEA of NOLO CONTENDERE of the offense(s) of:

COUNT 001 SECOND CNTRL SUBS OFFENSE

SUSPENDED 2 Year(s)

PROBATION 2 Year(s)

DRUG EDUCATION FUND
Amount $400.00

INDEMNITY FUND
Amount $90.00

PROBATION FUND
Amount $180.00

HEALTH DEPT LAB FEE
Amount $118.00

as charged in the COMPLAINT and the COURT having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the COURT,

IT IS ADJUDGED that the defendant IS GUILTY as charged and convicted.

TRUE COPY
ATTEST

CLERK

JUSTICE, SUPERIOR COURT 11-12-99 DATE SMD

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER

I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center

Signature 3/30/07 Date