PROVIDENCE PLANTATIONS EXHIBIT 4

SUPERIOR COURT

CASE NO P2973964A

JUDGMENT OF CONVICTION
AND COMMITMENT

the attorney for the State,
defendant who appeared in person and by
before Judge GAGNON

PLEA of NOLO CONTENDERE

SUBS

2 Year(s)

2 Year(s)

TASC

COMUNITY SERV 100HRS

SUBSTNC ABUSE CNSLNG

and the COURT having asked the
why judgment should not be
to the contrary being shown or

that the defendant is GUILTY as

Jean Maggiacomo
Dep

SUPERIOR COURT

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER

I hereby certify that this document
is an exact photographic reproduction
of the original document on file in the
R.I. Supreme Court Records Center

Signature Date 3/30/07