UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-133-02ML |
| | ) | |
| WILLIE WALKER | ) | |

MOTION TO EXTEND TIME TO FILE MOTIONS RELATED TO THE FILING OF THE INFORMATION PURSUANT TO 21 U.S.C. §851 AND OTHER MATTERS RELATED TO SENTENCING

Now comes the defendant in the above entitled matter and moves that the time for filing motions related to the Information Filed Pursuant to 21 U.S.C. §851 and other motions related to sentencing be extended to and through June 29, 2007. In support of said motion, the defense submits the attached memorandum of law.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount, but at least 71 days.

There has been previous delay related to the subject matter of this motion, which is excludable, in the form of a prior motion to extend time to file motions, which resulted in at least 21 days of excludable time.

WILLIE WALKER
By his Attorney,

/s/Robert B. Mann_____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 19th day of April, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-133-02ML |
| | ) | |
| WILLIE WALKER | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO EXTEND TIME

The defense has filed a motion to extend the time in which to file additional motions related to the filing of the Information pursuant to 21 U.S.C. § 851 and sentencing matters.

As an initial point, the defense is not sure that there is any need to file a motion to extend time, since all the matters about which the defense presently seeks to possibly contest, relate to sentencing and the defendant has not yet pleaded to the pending indictment. Nevertheless, the defense files this motion to seek to insure his right to challenge the Section 851 Information and other matters related to sentencing is preserved.

There are several factors that support this requested extension of time and they are set forth below:

1) In this case, the Government has filed an Information charging prior convictions pursuant to 18 U.S.C. § 851, thereby potentially increasing the maximum penalties to which the defendant is subject.

2) The defense would note that it is filing on this date one motion relating to the Section 851 Information. That motion is a pure legal argument, not requiring the

development of any facts, and essentially seeks to preserve for the defendant issues related to the charging and proof of the defendant's prior convictions.

3) On information and belief there are pending cases in this District in which the Government's filing of an Information pursuant to 18 U.S.C. §851 has been or is the subject of discovery.

4) Among these cases is United States v. Terrence Green, Cr. No. 06—56S and United States v. Forbes, Cr. No. 06-135T.

5) A review of these cases shows the Government relying, inter alia, on United States v. Armstrong, 517 U.S. 456 (1996) and United States v. Bass, 536 U.S. 862 (2002) to contest the discovery requests of the defendants. The review also shows the disclosure of a considerable amount of data about the process involving the filing of Section 851 Informations. The review also illuminates the complexity of the issues related to the filing of a section 851 Information. All of these factors are reasons why the defense requires additional time to assess what additional motions, if any, the defense will file.

6) The defense has reviewed and is continuing to review the discovery and pleadings in those cases to determine whether or not the defense has a basis for seeking discovery or other relief related to the Section 851 Information issue.

7) The Government would not be prejudiced by the requested extension of time, since the defendant will remain in custody throughout the time of the litigation of any of the issues arising from the requested extension of time.

For the reasons set forth above, the defense requests that it be allowed to and through June 29, 2007, in which to file any motions, related to the filing of the

Information pursuant to 21 U.S.C. § 851 and sentencing matters. In making this request, the defense would note that if possible, it will attempt to file motions, if any, sooner than June 29, 2007. The defense would also note that at some point, the defense may request a conference with the Court on this matter.

WILLIE WALKER
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 19th day of April, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net