Attachment 1

**Table 34**

## RACE OF DRUG OFFENDERS FOR EACH DRUG TYPE[1]
## Fiscal Year 2005, Pre-*Booker* (October 1, 2004, through January 11, 2005)

| | | WHITE | | BLACK | | HISPANIC | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|
| **DRUG TYPE** | **TOTAL** | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| **TOTAL** | **6,019** | **1,639** | **27.2** | **1,753** | **29.1** | **2,439** | **40.5** | **188** | **3.1** |
| **Powder Cocaine** | **1,308** | 214 | 16.4 | 386 | 29.5 | 685 | 52.4 | 23 | 1.8 |
| **Crack Cocaine** | **1,204** | 94 | 7.8 | 1,002 | 83.2 | 79 | 6.6 | 29 | 2.4 |
| **Heroin** | **390** | 46 | 11.8 | 111 | 28.5 | 231 | 59.2 | 2 | 0.5 |
| **Marijuana** | **1,758** | 497 | 28.3 | 205 | 11.7 | 1,003 | 57.1 | 53 | 3.0 |
| **Methamphetamine** | **1,132** | 647 | 57.2 | 17 | 1.5 | 405 | 35.8 | 63 | 5.6 |
| **Other** | **227** | 141 | 62.1 | 32 | 14.1 | 36 | 15.9 | 18 | 7.9 |

[1]Of the 18,788 cases, 6,131 were sentenced under USSG Chapter Two, Part D (Drugs). Of these, 6,054 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these 6,054 cases, 35 were excluded due to one or both of the following reasons: missing information on offender's race (32) or missing information on drug type (3). Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Pre-*Booker* Only Cases (October 1, 2004, through January 11, 2005).