Attachment 2

**Table 34**

## RACE OF DRUG OFFENDERS FOR EACH DRUG TYPE[1]
## Fiscal Year 2005, Post-*Booker* (January 12, 2005, through September 30, 2005)

| | | WHITE | | BLACK | | HISPANIC | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|
| DRUG TYPE | TOTAL | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| **TOTAL** | **18,481** | **4,823** | **26.1** | **5,616** | **30.4** | **7,327** | **39.6** | **715** | **3.9** |
| **Powder Cocaine** | **4,232** | 652 | 15.4 | 1,182 | 27.9 | 2,330 | 55.1 | 68 | 1.6 |
| **Crack Cocaine** | **4,071** | 333 | 8.2 | 3,352 | 82.3 | 327 | 8.0 | 59 | 1.4 |
| **Heroin** | **1,276** | 178 | 13.9 | 349 | 27.4 | 735 | 57.6 | 14 | 1.1 |
| **Marijuana** | **4,392** | 1,194 | 27.2 | 543 | 12.4 | 2,476 | 56.4 | 179 | 4.1 |
| **Methamphetamine** | **3,699** | 2,026 | 54.8 | 69 | 1.9 | 1,316 | 35.6 | 288 | 7.8 |
| **Other** | **811** | 440 | 54.3 | 121 | 14.9 | 143 | 17.6 | 107 | 13.2 |

[1] Of the 53,674 cases, 18,743 were sentenced under USSG Chapter Two, Part D (Drugs). Of these, 18,519 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these 18,519 cases, 38 were excluded due to one or both of the following reasons: missing information on offender's race (31) or missing information on drug type (9). Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Post-*Booker* Only Cases (January 12, 2005, through September 30, 2005).