Attachment 3

**Table 34**

## RACE OF DRUG OFFENDERS FOR EACH DRUG TYPE[1]
## Fiscal Year 2006

| | | WHITE | | BLACK | | HISPANIC | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|
| **DRUG TYPE** | **TOTAL** | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| **TOTAL** | **25,763** | **6,647** | **25.8** | **7,530** | **29.2** | **10,755** | **41.7** | **831** | **3.2** |
| **Powder Cocaine** | **5,830** | 859 | 14.7 | 1,576 | 27.0 | 3,325 | 57.0 | 70 | 1.2 |
| **Crack Cocaine** | **5,619** | 523 | 9.3 | 4,552 | 81.0 | 484 | 8.6 | 60 | 1.1 |
| **Heroin** | **1,574** | 175 | 11.1 | 432 | 27.4 | 953 | 60.5 | 14 | 0.9 |
| **Marijuana** | **6,399** | 1,711 | 26.7 | 692 | 10.8 | 3,794 | 59.3 | 202 | 3.2 |
| **Methamphetamine** | **5,391** | 2,888 | 53.6 | 89 | 1.7 | 2,079 | 38.6 | 335 | 6.2 |
| **Other** | **950** | 491 | 51.7 | 189 | 19.9 | 120 | 12.6 | 150 | 15.8 |

[1]Of the 72,585 cases, 26,122 were sentenced under USSG Chapter Two, Part D (Drugs). Of these, 25,824 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these 25,824 cases, 61 were excluded due to one or both of the following reasons: missing information on offender's race (51) or missing information on drug type (10). Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2006 Datafile, USSCFY06.