Attachment 6

**Table 41**

## ACCEPTANCE OF RESPONSIBILITY OF DRUG OFFENDERS FOR EACH DRUG TYPE[1]
## Fiscal Year 2006

| | | No Acceptance Adjustment | | 2-Level Adjustment | | 3-Level Adjustment | |
|---|---|---|---|---|---|---|---|
| **DRUG TYPE** | **TOTAL** | Number | Percent | Number | Percent | Number | Percent |
| **TOTAL** | **24,400** | **1,778** | **7.3** | **2,193** | **9.0** | **20,429** | **83.7** |
| **Powder Cocaine** | **5,530** | 396 | 7.2 | 396 | 7.2 | 4,738 | 85.7 |
| **Crack Cocaine** | **5,374** | 515 | 9.6 | 260 | 4.8 | 4,599 | 85.6 |
| **Heroin** | **1,461** | 69 | 4.7 | 134 | 9.2 | 1,258 | 86.1 |
| **Marijuana** | **6,069** | 371 | 6.1 | 1,010 | 16.6 | 4,688 | 77.2 |
| **Methamphetamine** | **5,090** | 357 | 7.0 | 234 | 4.6 | 4,499 | 88.4 |
| **Other** | **876** | 70 | 8.0 | 159 | 18.2 | 647 | 73.9 |

[1] Of the 72,585 cases, 26,122 were sentenced under USSG Chapter Two, Part D (Drugs). Of these, 25,824 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these, 24,410 contained complete guideline application information. Of these 24,410 cases, 10 were excluded due to one or both of the following reasons: missing drug type (10) or missing acceptance of responsibility information (0). Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2006 Datafile, USSCFY06.