Attachment 7

**Table 44**

**DRUG OFFENDERS RECEIVING SAFETY VALVE AND MANDATORY MINIMUMS FOR EACH DRUG TYPE[1]**
**Fiscal Year 2006**

| | | No Drug Mandatory Minimum/No Safety Valve | | No Drug Mandatory Minimum/Received Safety Valve[2] | | Drug Mandatory Minimum/No Safety Valve | | Drug Mandatory Minimum/Received Safety Valve[2] | |
|---|---|---|---|---|---|---|---|---|---|
| **DRUG TYPE** | **TOTAL** | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| **TOTAL** | **24,002** | **4,704** | **19.6** | **3,029** | **12.6** | **10,222** | **42.6** | **6,047** | **25.2** |
| **Powder Cocaine** | **5,487** | 779 | 14.2 | 385 | 7.0 | 2,221 | 40.5 | 2,102 | 38.3 |
| **Crack Cocaine** | **5,311** | 947 | 17.8 | 162 | 3.1 | 3,610 | 68.0 | 592 | 11.1 |
| **Heroin** | **1,446** | 333 | 23.0 | 166 | 11.5 | 470 | 32.5 | 477 | 33.0 |
| **Marijuana** | **5,888** | 1,501 | 25.5 | 1,762 | 29.9 | 1,243 | 21.1 | 1,382 | 23.5 |
| **Methamphetamine** | **5,041** | 734 | 14.6 | 255 | 5.1 | 2,603 | 51.6 | 1,449 | 28.7 |
| **Other** | **829** | 410 | 49.5 | 299 | 36.1 | 75 | 9.0 | 45 | 5.4 |

[1]Of the 72,585 cases, 26,122 were sentenced under USSG Chapter Two, Part D (Drugs), regardless of eligibility for the Safety Valve (§5C1.2). Of these, 25,824 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these, 24,410 contained complete guideline application information. Of these 24,410 cases, 408 were excluded due to one or more of the following reasons: missing safety valve or mandatory minimum information (402) or missing drug type (10). Descriptions of variables used in this table are provided in Appendix A.

[2]For cases where a mandatory minimum sentence applied, use of the term "safety value" on this table means the court sentenced the offender without regard to any applicable mandatory minimum penalty (in accordance with the "safety value" provision of 18 U.S.C. § 3553(f), incorporated into the guidelines at §5C1.2) and that the court also reduced the sentence by two levels as provided in §2D1.1(b)(9). For cases where no mandatory minimum applied, use of the term "safety value" on this table means that the court reduced the sentence by two levels as provided in §2D1.1(b)(9).

SOURCE: U.S. Sentencing Commission, 2006 Datafile, USSCFY06.