Attachment 8

**Figure J**

**AVERAGE LENGTH OF IMPRISONMENT IN EACH DRUG TYPE[1]**
**Fiscal Year 2006**




[1]Of the 72,585 cases, 5,014 had missing guideline application information. Of the remaining 67,571 cases, 26,122 were sentenced under USSG Chapter Two, Part D. Of these, 25,824 were sentenced under USSG §§ 2D1.1, 2D1.2, 2D1.5, 2D1.6, 2D1.8, or 2D2.1 as depicted in this figure. Additionally, 996 with zero months prison ordered were excluded. Of the remaining 24,828 cases, 75 were excluded due to one or both of the following reasons: missing drug type (8) or missing sentence information (67).

SOURCE: U.S. Sentencing Commission, 2006 Datafile, USSCFY06.