Attachment 9

**Figure L**

**MEAN LENGTH OF IMPRISONMENT FOR EACH DRUG TYPE[1]**
**Fiscal Years 1997 - 2006**




[1]Only cases sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Use of Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession) are depicted in this figure. Additionally, cases with zero months prison were excluded. Cases missing drug type or sentencing information were not included in this figure. Data in this figure represent information from USSC's on-going data files; therefore, data points may vary from prior Sourcebooks.

SOURCE: U.S. Sentencing Commission, 1997 - 2006 Datafiles, USSCFY97 - USSCFY06.