Attachment 10

**Table 37**

## CRIMINAL HISTORY CATEGORY OF DRUG OFFENDERS FOR EACH DRUG TYPE[1]
## Fiscal Year 2006

| | | CRIMINAL HISTORY CATEGORY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | I | | II | | III | | IV | | V | | VI | |
| **DRUG TYPE** | **TOTAL** | n | % | n | % | n | % | n | % | n | % | n | % |
| **TOTAL** | **24,400** | **12,533** | **51.4** | **2,918** | **12.0** | **3,562** | **14.6** | **1,789** | **7.3** | **960** | **3.9** | **2,638** | **10.8** |
| **Powder Cocaine** | **5,530** | 3,408 | 61.6 | 648 | 11.7 | 677 | 12.2 | 280 | 5.1 | 124 | 2.2 | 393 | 7.1 |
| **Crack Cocaine** | **5,374** | 1,205 | 22.4 | 667 | 12.4 | 1,097 | 20.4 | 684 | 12.7 | 424 | 7.9 | 1,297 | 24.1 |
| **Heroin** | **1,461** | 850 | 58.2 | 146 | 10.0 | 165 | 11.3 | 72 | 4.9 | 50 | 3.4 | 178 | 12.2 |
| **Marijuana** | **6,069** | 4,026 | 66.3 | 658 | 10.8 | 705 | 11.6 | 306 | 5.0 | 123 | 2.0 | 251 | 4.1 |
| **Methamphetamine** | **5,090** | 2,517 | 49.4 | 685 | 13.5 | 821 | 16.1 | 392 | 7.7 | 216 | 4.2 | 459 | 9.0 |
| **Other** | **876** | 527 | 60.2 | 114 | 13.0 | 97 | 11.1 | 55 | 6.3 | 23 | 2.6 | 60 | 6.8 |

[1]Of the 72,585 cases, 26,122 were sentenced under USSG Chapter Two, Part D (Drugs). Of these, 25,824 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these, 24,410 contained complete guideline application information. Of these 24,410 cases, 10 were excluded due to one or both of the following reasons: missing criminal history information (0) or missing drug type (10). Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2006 Datafile, USSCFY06.