Attachment 12

# Daniel M. Bennett

Brown University
Box B / 64 Waterman Street
Providence, RI 02912
United States

(401)935-4582 (day)
(401)270-3806 (night)
(401)863-1970 (fax)
Daniel_Bennett@Brown.edu

**Citizenship:** United States

**Born:** Tucson, Arizona, United States: November 25, 1978

**Affiliations**
Department of Economics, Brown University
Population Studies Training Center, Brown University

**Education**

| | | | | |
|---|---|---|---|---|
| Ph.D. | Economics | Brown University | Providence, RI | May 2008 (expected) |
| M.A. | Economics | Brown University | Providence, RI | May 2004 |
| B.A. | Economics | Swarthmore College | Swarthmore, PA | June 2001 |

**Fields**
Economic Development, Applied Microeconomics
Health, Externalities and Public Goods, Insurance

**Research**
"Clean Water Makes You Dirty: Behavioral Consequences of Water Source Improvements in Cebu, the Philippines"
"Self-Insurance Against Disease: Understanding Weight Variation Among Filipino Infants"

**Academic Experience**

| | |
|---|---|
| 2006 | Teaching Fellow (Intermediate Microeconomics), Brown University |
| 2004-05 | Teaching Assistant (Urban Economics, Political Economy, Financial Markets), Brown University |
| 2005 | Research Assistant to Professor Kaivan Munshi |
| 2004 | Research Assistant to Professor Andrew Foster |

**Professional Experience**

| | | | |
|---|---|---|---|
| 2001-03 | Assistant Economist | Research and Market Analysis Group | Federal Reserve Bank of New York |
| 2000-01 | Consultant | Office of Development Studies | United Nations Development Programme |

**Awards**
Honorable Mention, National Science Foundation Graduate Research Fellowship, 2003

**References**

| | | | |
|---|---|---|---|
| Kaivan Munshi | Associate Professor | Department of Economics<br>Brown University | (401)863-9331<br>Kaivan_Munshi@Brown.edu |
| Andrew Foster | Professor and Chair | Department of Economics<br>Brown University | (401)863-2537<br>Andrew_Foster@Brown.edu |