IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR-06-133-02ML |
| | : | |
| WILLIE WALKER | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR FUNDS TO HIRE AN INVESTIGATOR AND STATISTICAL CONSULTANT

The defendant, a person who has been found eligible for court appointed counsel under the Criminal Justice Act (CJA), 18 U.S.C. § 3006A, asks the Court to provide him with a statistical consultant pursuant to § 3006A(e). The Court may authorize the employment of such an expert if the Court determines that such services are "necessary for adequate representation." See 18 U.S.C. § 3006A(e). Section 3006A(e) applies to requests for expert services that impact trial and sentencing. See United States v. Abreu, 202 F.3d 386, 388 (1st Cir. 2000).

In this case, the defendant claims that a statistical consultant is necessary for his possible selective prosecution claim. See generally United States v. Manning, 79 F.3d 212, 218-19 (1st Cir. 1996) (expert services are necessary when deemed "pivotal to the indigent defendant's defense"). While the government flatly denies exercising its prosecutorial discretion on the basis of race and disagrees with the facts and arguments set forth in the defendant's motion, the government does not

object to the defendant's request for a statistical consultant. If the Court decides to grant the defendant's request and appoint a statistical consultant, the government reserves the right to contest the admissibility and validity of any statistical findings, as well as the sufficiency of the defendant's evidence offered in support of his burden under United States v. Armstrong, 517 U.S. 456 (1996).

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On July 6, 2007, I caused the within "Government's Response to Defendant's Motion to Hire an Investigator and Statistical Consultant" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Robert B. Mann
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj