ATTACHMENT ONE

# Curriculum Vitae

**Joseph W. Hogan, Sc.D.**
Associate Professor of Medical Science (Biostatistics),
Community Health, and Obstetrics & Gynecology

**Office:**
Center for Statistical Sciences
Box G-H
Brown University
Providence, RI 02912
Tel. 401 863 9243
Fax. 401 863 9182
Email: jhogan@stat.brown.edu
Web: http://stat.brown.edu/~jhogan/

## EDUCATION

| | | | |
|---|---|---|---|
| 1987 | B.S. (cum laude) | Mathematics | University of Connecticut |
| 1991 | M.S. | Statistics | University of Southern California |
| 1995 | Sc.D. | Biostatistics | Harvard University |

Dissertation: *Mixture Models for Joint Distribution of Repeated Measures and Event Times*
Advisor: Nan Laird

## PROFESSIONAL LICENSES

1987 – pres. **Teaching Certificate** in Secondary Mathematics (7-12)
State of Connecticut

## ACADEMIC APPOINTMENTS

1995 – 1999 **Assistant Professor (Research)**
Department of Community Health, Brown University

1999 – 2003 **Assistant Professor (Tenure track)**
Department of Community Health, Brown University

2000 – 2003 **Manning Assistant Professor**
Brown University

1999 – pres. **Co-Director, Outcomes & Biostatistics Core**
Lifespan/Tufts/Brown Center for AIDS Research (CFAR)

2003 (Spring) **Acting Director, Center for Statistical Sciences**
Brown University

2003 – pres. **Associate Professor (Tenured)**
Department of Community Health, Brown University

2003 – pres. **Graduate Program Director**
Department of Community Health, Brown University

2005 (Spring) **Visiting Scholar**
Department of Mathematics, University of California at San Diego
Heath Services Research & Development Unit, VA San Diego

## HOSPITAL APPOINTMENTS

1996 – 1999 **Assistant Professor (Research)**
Department of Obstetrics & Gynecology, Brown University

| | |
|---|---|
| 1999 – 2003 | **Assistant Professor**<br>Department of Obstetrics & Gynecology, Brown University |
| 2003 – pres. | **Associate Professor**<br>Department of Obstetrics & Gynecology, Brown University |

## OTHER ACADEMIC AND PROFESSIONAL POSITIONS

### A. Research

| | |
|---|---|
| 1995 | **Consultant,** Pfizer, Inc. |
| 1995 –1996 | **Consultant,** McKinney Project, University of Massachusetts - Boston |
| 1996 – pres. | **Consultant,** RI Department of Health and MCH Evaluation |
| 1996 – pres. | **Core Faculty Member**<br>Population Studies and Training Center, Brown University. |
| 2003 | **Consultant,** Bristol-Myers Squibb, Inc. |
| 2005 – pres. | **Consultant**, Novartis Pharmaceuticals |
| 2005 – pres. | **Consultant**, HIV Neurobehavioral Research Center, UC San Diego |

### B. Editorial

| | |
|---|---|
| 1997 – 2005 | **Associate Editor,** *Biometrics* |
| 2001 – pres. | **Associate Editor,** *Biostatistics* |
| 2001 – pres. | **Associate Editor,** *Lifetime Data Analysis* |

## PUBLICATIONS

### A. Refereed journal articles

1. Colpaert C, Hogan JW, Genest D, Roberts D, Reid L, Kozakewich H (1995). Increased muscularization of small pulmonary arteries in preterm infants of diabetic mothers. *Pediatric Pathology and Laboratory Medicine* **15***,* 689-705.
2. Hogan JW, Laird NM (1996). Intent-to-treat analysis for incomplete repeated measures data. *Biometrics* **52***,* 1002-1017.
3. Peipert JF, Boardman L, Hogan JW, Sung J, Mayer KH (1996). Laboratory evaluation of acute upper genital tract infection, *Obstetrics and Gynecology* **87***,* 730-736.
4. Hogan JW, Laird NM (1997). Mixture models for the joint distribution of repeated measures and event times. *Statistics in Medicine* **16***,* 239-258.
5. Hogan JW, Laird NM (1997). Model-based approaches to analyzing incomplete repeated measures and failure time data. *Statistics in Medicine* **16***,* 259-271
6. Frishman GN, Canick JA, Hogan JW, Hackett RJ, Kellner LH, Saller DN (1997). Serum triple-marker screening in *in vitro* fertilization and naturally conceived pregnancies. *Obstetrics & Gynecology* **90***,* 98-101.
7. Star J, Rosene K, Ferland J, DiLeone G, Hogan JW, Kestin A (1997). Flow cytometric analysis of platelet activation throughout normal gestation. *Obstetrics & Gynecology* **90***,* 562-568.
8. Seifer DB, Lambert-Messerlian G, Hogan JW, Gardiner AC, Blazar AS, Berk CA (1997). Day 3 serum inhibin-B is predictive of assisted reproductive technologies outcome. *Fertility and Sterility* **67***,* 110-114.
9. Blazar AS, Hogan JW, Seifer DB, Frishman GN, Wheeler CA, Haning RV (1997). The impact of hydrosalpinx on successful pregnancy in tubal factor infertility by in vitro fertilization. *Fertility and Sterility* **67***,* 517-520.

10. Frishman G, Schwartz T, Hogan JW (1997). Closure of Pfannensteil skin incisions: staples versus subcuticular suture. *Journal of Reproductive Medicine* **42**, 627-630.

11. Clark MA, Rakowski W, Kviz FJ, Hogan JW (1997). Age and stage of readiness for smoking cessation. *Journal of Gerontology: Social Sciences* **52B**, S212-S221.

12. DiSilvestro P, Peipert JF, Hogan JW, Granai CO (1997). Prognostic value of clinical variables in ovarian cancer. *Journal of Clinical Epidemiology* **50**, 501-505.

13. Gordinier ME, Steinhof M, Hogan JW, Peipert JF, Gajewski WH, Granai CO (1997). S-phase fraction, p53 mutation, and HER-2/neu status as predictors of nodal metastasis in early vulvar cancer. *Gynecologic Oncology* **67**, 200-202.

14. Hogan JW, Laird NM (1998). Increasing efficiency from censored survival data using random effects from longitudinal covariates. *Statistical Methods in Medical Research* **7**, 28-48.

15. Yao Q, Wei LJ, Hogan JW (1998). Analysis of incomplete repeated measurements with dependent censoring times. *Biometrika* **85**, 139-150.

16. McGrath ME, Hogan JW, Peipert JF (1998). A prevalence study of abuse and screening for abuse in urgent care patients. *Obstetrics & Gynecology* **91**, 511-514.

17. Myers DL, LaSala CA, Hogan JW, Rosenblatt PL (1998). The effect of posterior wall support defects on urodynamic parameters in stress urinary incontinence. *Obstetrics Gynecology* **91**, 710-714.

18. Hogan JW, Peipert JF (1998). Power and sample size. *Clinical Obstetrics and Gynecology* **41**, 257-266.

19. Silver HM, Lambert-Messerlian GM, Star JA, Hogan JW, Canick JA (1999). Comparison of maternal serum total activin A and inhibin A in normal, preeclamptic and non-proteinuric gestational hypertensive pregnancy. *American Journal of Obstetrics Gynecology* **180**, 1131-1137.

20. Clark MA, Hogan JW, Kviz FJ, Prochaska TR (1999). Age and the role of symptomatology in readiness to quit smoking. *Addictive Behaviors* **24**, 1-16.

21. Griffin J, Hogan JW, Buechner J, Leddy T (1999). The effect of a Medicaid managed-care program on the adequacy of prenatal care. *American Journal of Public Health* **89**, 497-501.

22. Dexter SC, Malee MP, Pinar H, Hogan JW, Carpenter MW, Vohr BR (1999). Influence of chorioamnionitis on developmental outcome in very low birth weight infants. *Obstetrics & Gynecology* **94**, 267-273.

23. Peipert JF, Hogan JW, Gifford D, Chase E, Randall R (1999). Strength of indication for cesarean delivery: a comparison of private physicians and resident service labor management. *American Journal of Obstetrics & Gynecology* **181**, 435-439.

24. Flanigan TP, Hogan JW, Smith D, Schoenbaum E, Vlahov D, Schuman P, Mayer K (1999). Self-reported bacterial infections among HIV seropositive and at-risk women. *Clinical Infectious Diseases* **29**, 608-612.

25. Cu S, Hogan JW, Warren D, Klein RS, Peipert J, Schuman P, Holmberg S, Anderson J, Schoenbaum E, Vlahov D, Mayer K (1999). Prevalence of lower genital tract infections among HIV-seropositive and high-risk HIV-seronegative women. *Clinical Infectious Diseases* **29**, 1145-1150.

26. Boardman LA, Peipert JF, Hogan JW, Cooper AS (1999). Positive cone biopsy specimen margins in women infected with the human immunodeficiency virus. *American Journal of Obstetrics and Gynecology* **181**, 1395-1399.

27. Star J, Hogan JW, Sosa MEB, Carpenter MW (2000). Glucocorticoid-associated maternal hyperglycemia: a randomized trial of insulin prophylaxis. *Journal of Maternal Fetal Medicine* **9**, 273-277.

28. Phipps MG, Hogan JW, Peipert JF, Messerlian G, Canick JA, Seifer DB (2000). Progesterone, inhibin, and hCG multiple marker strategies to differentiate viable from nonviable pregnancies. *Obstetrics & Gynecology* **95***,* 227-231.

29. Hogan JW, Blazar AB (2000). Hierarchical logistic regression models for clustered binary outcomes in IVF-ET. *Fertility and Sterility* **73***,* 575-581.

30. Daniels MJ, Hogan JW (2000). Reparameterizing the pattern mixture model for sensitivity analysis under informative dropout. *Biometrics* **56***,* 1241-1248.

31. Yasuhi I, Hogan JW, Canick JA, Sosa MB, Carpenter MW (2001). Midpregnancy serum C-peptide concentration and subsequent pregnancy-induced hypertension. *Diabetes Care* **24***,* 743-747.

32. Fiore T, Flanigan T, Hogan JW, Cram R, Schuman P, Schoenbaum E, Solomon L, Moore J. HIV Infection in families of HIV positive and 'at-risk' HIV-negative women (2001). *AIDS Care* **13***,* 209-214.

33. Krieger N, Waterman P, Lemieux K, Zierler S, Hogan JW (2001). On the wrong side of the tracts? Evaluating accuracy of geocoding for public health research. *American Journal of Public Health* **91***,* 1114-1117.

34. Vivier PM, Hogan JW, Simon P, Leddy T, Dansereau LM, Alario AJ (2001). A statewide assessment of lead screening histories of preschool children enrolled in a Medicaid managed care program. *Pediatrics* **108***,* e29.

35. Cu S, Hogan JW, Caliendo AM, Mayer KH, Carpenter CCJ (2001). Association between bacterial vaginosis and expression of HIV-1 RNA in the female genital tract. *Clinical Infectious Diseases* **33***,* 894-896.

36. Carpenter MW, Canick JA, Hogan JW, Shellum C, Somers M, Star JA (2001). Amniotic fluid insulin at 14-20 weeks gestation: association with later maternal glucose intolerance and birth macrosomia. *Diabetes Care* **24***,* 1259-1263.

37. Tashima KT, Hogan JW, Gardner LI, Korkontzelou C, Schoenbaum E, Schuman P, Rompalo A, Carpenter CCJ. (2001). A longitudinal analysis of hospitalization and emergency room utilization among HIV-infected women reporting protease inhibitor use between 1995-1999. *Clinical Infectious Diseases* **33***,* 2055-2060.

38. Stone VE, Hogan JW, Schuman P, Rompalo AM, Howard AA, Korkontzelou C, Smith DK (2001). Antiretroviral regimen complexity, self-reported adherence, and HIV patients' understanding of their regimens: A survey of women in the HER Study. *Journal of Acquired Immune Deficiency Syndrome (JAIDS)* **28***,* 124-131.

39. Borrelli B, Hogan JW, Bock B, Pinto B, Roberts M, Marcus B (2002). Predictors of quitting and dropout among women in a clinic-based smoking cessation program. *Psychology of Addictive Behaviors* **16***,* 22-27.

40. Allen S, Shah AC, Nezu AM, Nezu CM, Ciambrone D, Hogan JW, Mor V (2002). A problem-solving approach to stress reduction among younger women with breast cancer: A randomized controlled trial. *Cancer* **94**, 3089-3100.

41. Cu-Uvin S, Ko H, Jamieson DJ, Hogan JW, Schuman P, Anderson J, Klein RS (2002). Prevalence, incidence, and persistence or recurrence of trichomoniasis among HIV-positive and among HIV-negative women at high risk for HIV infection. *Clinical Infectious Diseases* **34***,* 1406-1411.

42. Olson CM, Rennie D, Cook D, Dickersin K, Flanagin A, Hogan JW, Zhu Q, Reiling J, Pace B (2002). Publication bias in editorial decision making. *Journal of the American Medical Association* **287***,* 2825-2828.

43. Sheu M, Hogan JW, Allsworth J, Stein M, Vlahov D, Schoenbaum EE, Schuman P, Gardner L, Flanigan T (2002). Continuity of medical care and risk of incarceration in HIV-positive and high-risk HIV-negative women. *Journal of Women's Health* **11**, 743-750.

44. Hogan JW, Daniels MJ (2002). A hierarchical modeling approach to analyzing longitudinal data with dropout and treatment cessation, with application to an AIDS clinical trial. *Applied Statistics (JRSS-C)* **51***,* 1-21.

45. Dukic V, Hogan JW (2002). A Bayesian hierarchical model of embryo implantation following in-vitro fertilization. *Biostatistics* **3***,* 361-377.
46. Marcus BH, Lewis BA, King TK, Albrecht AE, Hogan JW, Bock B, Parisi AF, Abrams DB (2003). Rationale, design, and baseline data for Commit to Quit II: An evaluation of the efficacy of moderate-intensity physical activity as an aid to smoking cessation in women. *Preventive Medicine* **36**, 479-492.
47. Macalino GE, Ko H, Celentano DD, Hogan JW, Schoenbaum E, Schuman P, Rich J (2003). The effects of HIV serostatus on drug use patterns in women. *Journal of Acquired Immune Deficiency Syndrome (JAIDS)* **33**, 500-505.
48. Mayer KH, Hogan JW, Smith D, Klein RS, Schuman P, Margolick JB, Korkontzelou C, Farzedegan H, Vlahov D, Carpenter CCJ (2003). Clinical and immunologic progression in HIV-infected US women before and after the introduction of highly active antiretroviral therapy. *Journal of Acquired Immune Deficiency Syndrome (JAIDS)* **33**, 614-624.
49. Jones CY, Hogan JW**,** Snyder B, Klein RS, Rompalo A, Schuman P, Carpenter CCJ for the HERS Study Group (2003). Overweight and human immunodeficiency virus (HIV) in women: Associations between HIV progression and changes in body mass index in women in the HIV Epidemiology Research Study Cohort. *Clinical Infectious Diseases* **37,** S69-S80.
50. Ko H, Hogan JW**,** Mayer KH (2003). Estimating causal treatment effects from longitudinal HIV natural history studies using marginal structural models. *Biometrics* **59**, 152-162.
51. Mahajan A, Hogan JW, Snyder B, Kumarasamy N, Mehta K, Solomon S, Carpenter CCJ, Mayer KH, Flanigan TP (2004). Change in total lymphocyte count as a surrogate for change in CD4 count following initiation of HAART: Implications for monitoring in resource-limited settings. *Journal of Acquired Immune Deficiency Syndrome (JAIDS)* **36**, 567-575.
52. Allsworth JE, Zierler S, Lapane KL, Krieger N, Hogan JW, Harlow BL (2004). A longitudinal study of the inception of perimenopause in relation to lifetime history of sexual or physical violence. *Journal of Epidemiology and Community Health* **58**, 938-943.
53. Hogan JW, Roy J, Korkontzelou C (2004). Biostatistics tutorial: Handling dropout in longitudinal data. *Statistics in Medicine,* **23**, 1455-1497.
54. Hogan JW**,** Lancaster T (2004). Instrumental variables and inverse probability weighting for causal inference from longitudinal data. *Statistical Methods in Medical Research* **13**, 17-48.
55. Hogan JW, Tchernis R (2004). Bayesian factor analysis for spatially correlated data, with application to deriving indices of deprivation from area-level census data. *Journal of the American Statistical Association* **99**, 314-324.
56. Hogan JW, Lee JY (2004). Marginal structural quantile models for longitudinal observational studies with time-varying treatment. *Statistica Sinica* **14**, 927-944.
57. Hogan JW, Lin X, Herman B (2004). Mixtures of varying coefficient models for longitudinal data with discrete or continuous non-ignorable dropout. *Biometrics* **60**, 854-864.
58. Viscidi RP, Snyder B, Cu-Uvin S, Hogan JW, Clayman B, Klein RS, Sobel J, Shah KV (2005). Human papillomavirus (HPV) capsid antibody response to natural infection and risk of subsequent HPV infection in human immunodeficiency virus-positive and –negative women. *Cancer Epidemiology Biomarkers and Prevention* **14**, 283-288.
59. Mitty JA, Macalino GE, Bazerman LB, Loewenthal HG, Hogan JW, MacLeod CM, Flanigan TP (2005). The use of community-based modified directly-observed therapy for the treatment of HIV-infected persons. *Journal of AIDS* **39**, 545-550.
60. Marcus BH, Lewis B, Hogan JW, King TK, Albrecht AE, Bock B, Parisi AF (2005). The efficacy of moderate-intensity exercise as an aid for smoking cessation in women: A randomized controlled trial. *Nicotine and Tobacco Research* **7**, 871-880.
61. Hogan JW, Scharfstein DO (2006). Estimating causal effects from multiple cycle data in studies of in vitro fertilization (IVF). *Statistical Methods in Medical Research* **15**, 195-209.

62. Roy J, Alderson D, Hogan JW, Tashima KT (2006). Conditional inference methods for incomplete Poisson data with endogenous time-varying covariates: Emergency department use among HIV-infected women. *Journal of the American Statistical Association* **101**, 424-434.
63. Cu Uvin S, Snyder B, Harwell JI, Hogan JW, Chibwesha C, Hanley D, Ingersoll I, Kurpewski J, Mayer KH, Caliendo AM (2006). Association between paired plasma and cervicovaginal HIV-1 RNA over 36 months. In press, *Journal of AIDS.*

**B. Book**

1. Daniels MJ, Hogan JW. *Missing Data in Longitudinal Studies: Dropout, Causal Inference and Sensitivity Analysis.* Under contract with Chapman & Hall. 6 of 10 chapters submitted for review; publication expected 2007.

**C. Book Chapters**

1. Peipert JF, Hogan JW (2001). Research Design and Fundamental Biostatistics, pp. 137-157 in *Physiological Basis of Gynecology and Obstetrics* (eds. Seifer DB, Samuels P, Kniss DA), Lippincott Williams & Wilkins, Baltimore.
2. Krieger N, Zierler S, Hogan JW, Waterman P, Chen J, Lemieux K, Gjelsvik A (2003). Geocoding and measurement of neighborhood socioeconomic position: a U.S. perspective, pp. 147-178 in *Neighborhoods and Health* (eds. Kawachi I and Berkman LF), Oxford University Press, New York.
3. Hogan JW (2005). GEE and missing data in longitudinal studies, pp. 139-154 in *Advancing Heath Outcomes Research: Methods and Clinical Applications* (eds. Lenderking WR and Revicki DA), Degnon Associates, McLean VA.

**D. Reviews**

1. Hogan JW (2005). Review of 'Medical Statistics from A to Z' by Brian S. Everitt (Cambridge University Press, 2003). Submitted to *Journal of Epidemiology and Community Health*, January 2005.

**E. Letters**

1. Hogan JW (1997). Statistics usage in the American Journal of Obstetrics and Gynecology. *American Journal of Obstetrics and Gynecology* **176***,* 1118-1119.
2. Blazar AS, Hogan JW, Frankfurter D, Hackett R, Keefe DL (2004). Serum estradiol positively predicts outcomes in patients undergoing in vitro fertilization. *Fertility and Sterility* **81**, 1707-1708.

**F. Web-based Short Course**

1. Hogan JW (2002). Data Analytic Challenges In In-vitro Fertilization and Assisted Reproductive Technologies. (Serono Symposium Course RHI0802). URL: http://www.seronosymposia.org/reproductive/cme.ihtml

**G. Papers submitted or in revision**

1. Su L, Hogan JW. Bayesian semiparametric regression for longitudinal binary process data. Submitted.
2. Lee JY, Hogan JW, Hitsman B. Sensitivity analysis and informative priors for longitudinal binary data with outcome-related dropout. In revision.
3. Rich JD, Hogan JW, DeLong AK, Mehrotra M, Reinert SE, Wolf F. Low risk syringe sharing and re-use after syringe legalization in Rhode Island. Submitted.
4. Macalino G, Hogan JW, Mitty JA, Bazerman LB, DeLong AK, Loewenthal HG, Caliendo AM, Flanigan TP. A Randomized Clinical Trial of Community Based Directly Observed Therapy

(MDOT) as an Adherence Intervention for Highly Active Antiretroviral Therapy (HAART) among Substance Users. Submitted.

5. Roy J, Hogan JW. Causal comparisons in randomized trials of two active treatments: Effect of supervised exercise to promote smoking cessation. Submitted. COBRA URL: http://biostats.bepress.com/cobra/ps/art6

**H. Papers in Progress**

1. Hogan JW, Lancaster T, Roy J, Alderson D. Evaluating sensitivity to exclusion restrictions in semiparametric instrumental variables estimators.
2. Lee JY, Hogan JW. Specification and assessment of Bayesian models for longitudinal binary data with informative dropout.
3. Su L, Hogan JW. Joint evolution of viral load and CD4 count following initiation of highly-active antiviral therapy.
4. Dunsiger S, Hogan JW. Latent class models for longitudinal binary data, with application to clinical trials of smoking cessation intervention.
5. Dunsiger S, Hogan JW, Gifford A. Latent class analysis of binary time series generated from medication adherence monitoring devices.
6. Kantor R, DeLong A, Wu M, Wu Z, Hogan JW. SQUAT (Sequence Quality Assessment Tool): A standalone computational tool for HIV sequence quality evaluation. In preparation for Bioinformatics.
7. Kantor R et al. Resistance to antiviral first-line therapy is subtype specific.
8. Taylor LE, Paliwal P, Snyder B, Carpenter CCJ, Hogan JW. Influence of Hepatitis C Virus Coinfection on HIV Disease Progression Among a Cohort of HIV-Infected U.S. Women
9. Hogan JW, Diggle PJ, Alderson D. Discrimination for progression to AIDS using multivariate longitudinal clinical markers.
10. Hogan JW, Lee JY. Potential outcomes framework for drawing inference about receiver-operator characteristic (ROC) curves.

**I. Invited Lectures**

1. June 1994. 'Intent-to-treat Analysis of Longitudinal Clinical Trials Data,' Annual Meeting of the AIDS Clinical Trials Group, Washington DC.
2. December 1995. 'Making Treatment Comparisons in the Presence of Informative Dropout, with Application to a Clinical Trial of Adult Schizophrenics,' Psychiatric Epidemiology and Biostatistics Colloquium, Harvard Medical School.
3. March 1996. 'Models for Repeated Measures and Event Time Data' (two seminars), Institute for Statistics, Ludwig Maximilians University, Munich.
4. September 1996. 'Mixture Models for Longitudinal Data with Informative Dropout,' Department of Statistics, University of Connecticut.
5. October 1996. 'Mixture Models for Longitudinal Data with Informative Dropout,' Department of Epidemiology and Biostatistics, Yale University.
6. March 1997. 'Intention to treat and longitudinal equivalency trials,' Biometric Society (ENAR) Spring Meetings, Memphis.
7. April 1997. 'Using random effects from repeated measures to improve the efficiency of an estimator of survival.' Department of Biostatistics, Harvard University.
8. November 1997. 'A Hierarchical Model for Longitudinal Data Subject to Noncompliance and Loss to Follow Up.' Department of Biostatistics, Harvard University.
9. February 1998. 'Statistical Issues in Clinical Research.' Society of Perinatal Obstetricians Annual Meeting, Miami.

10. April 1998. 'Issues in the Analysis of Longitudinal Data with Dropouts,' Longitudinal Data Working Group, Department of Biostatistics, Johns Hopkins University.
11. April 1998. 'Mixture Model Approaches to Analyzing Repeated Measures and Event Time Data,' Department of Biostatistics, Johns Hopkins University.
12. April 1998. 'Mixture Model Approaches to Analyzing Repeated Measures and Event Time Data,' Department of Biostatistics, University of Rochester.
13. March 1999. 'A Re-parameterization of the pattern mixture model of longitudinal repeated measures with informative dropout,' Department of Biostatistics, Harvard University.
14. March 1999. 'A Re-parameterization of the pattern mixture model of longitudinal repeated measures with informative dropout,' Department of Mathematics and Statistics, Lancaster University, England.
15. April 1999. Invited Panelist, Conference on Informatively Missing Data, Department of Statistics, Texas A&M University.
16. May 1999. 'A Re-parameterization of the pattern mixture model of longitudinal repeated measures with informative dropout,' Division of Biostatistics, Columbia University.
17. May 1999. 'Who needs a biostatistician?.' Breast Cancer Research Grants Program, Massachusetts Department of Public Health, Boston.
18. November 1999. 'Sensitivity analyses for the pattern mixture model under informative dropout.' Department of Biostatistics, University of North Carolina.
19. February 2000. 'Model selection for longitudinal data subject to informative dropout.' Workshop on Sensitivity Analysis for Dropout Models, Katholieke Universiteit Leuven (Belgium).
20. March 2000. Invited discussant, 'Informative Missing Data,' International Biometric Society (ENAR) Spring Meetings, Chicago.
21. July 2000. Invited discussant, 'Joint Modeling of Longitudinal and Event Time Data,' 20th International Biometric Society Conference, Berkeley, CA.
22. September 2000. 'Toward a unified approach to jointly analyzing event times and longitudinal repeated measures.' 21st Meeting of the International Society of Clinical Biostatistics, Trento, Italy.
23. November 2000. 'Mixtures of varying coefficient models for longitudinal repeated measures with informative dropout.' Department of Mathematics and Statistics, Boston University.
24. November 2000. 'The importance of sensitivity analysis when analyzing longitudinal data with dropout: A growth hormone example.' Gerontological Society of America Annual Meetings, Washington DC.
25. March 2001. 'Data-analytic challenges in in vitro fertilization and assisted reproductive technology.' Serono International Symposium on Frontiers in Reproductive Endocrinology, Washington DC.
26. April 2001. 'Mixtures of varying coefficient models for longitudinal repeated measures with informative dropout.' Department of Biostatistics, University of Pittsburgh.
27. April 2001. 'Mixtures of varying coefficient models for longitudinal repeated measures with informative dropout.' Department of Mathematics and Statistics, University of Massachusetts (Amherst).
28. December 2001. 'An Overview of Methods and Models for Causal Inference.' Population Studies Training Center, Brown University.
29. February 2002. 'Mixtures of varying coefficient models for longitudinal repeated measures with informative dropout.' Department of Biostatistics, Columbia University.
30. February 2002. 'Bayesian factor analysis for spatially correlated data, with application to quantifying material deprivation in Rhode Island census tracts.' Department of Community Health, Brown University.

31. March 2002. Invited discussant, ‘Recent Advances in Modeling Longitudinal Data,' International Biometric Society (ENAR) Spring Meetings, Arlington VA.
32. April 2002. ‘Association, causation and prediction in the estimation of treatment effect from longitudinal HIV studies.' Center for AIDS Research Colloquium, Miriam Hospital, Brown University.
33. August 2002. ‘Instrumental variables and inverse probability weighting for causal inference from longitudinal observational data.’ IMS/ASA/SIAM Summer Research Conference, Mt. Holyoke College, South Hadley MA.
34. August 2002. ‘A hierarchical model for estimating causal and intent-to-treat effects from longitudinal repeated measures data with double sampling.’ Joint Statistical Meetings, New York, NY.
35. October 2002. ‘Bayesian factor analysis for spatially correlated data, with application to measuring material deprivation from census data.’ Department of Statistics, Harvard University.
36. November 2002. ‘Instrumental Variables and Inverse Probability Weighting for Estimation of Causal Treatment Effects from Longitudinal Data.’ Center for Clinical Epidemiology and Biostatistics, University of Pennsylvania.
37. March 2003. ‘Biostatistics for the Reproductive Endocrinologist’ and ‘Data Analytic Challenges in IVF/ART’, Serono Symposium on Frontiers in Reproductive Endocrinology, Savannah, GA.
38. August 2003. ‘Assessing sensitivity to the exclusion restriction in instrumental variables estimators.’ Joint Statistical Meetings, San Francisco.
39. December 2003. ‘Sensitivity analysis for instrumental variables.’ Bayesian Working Group, Department of Biostatistics, Harvard School of Public Health.
40. February 2004. ‘Sensitivity analysis for instrumental variables.’ Center for Health Quality, Outcomes and Economic Research, Bedford MA.
41. May 2004. ‘Marginal vs conditional models for estimating cycle-specific effects from incomplete follow-up data on conception.’ NICHD National Children’s Study Workshop on Expanding Methodologies for Capturing Day-Specific Probability of Conception. Rockville MD.
42. June 2004. ‘Handling dropout in longitudinal studies.’ Epidemiology Branch, Division of HIV Prevention, Centers for Disease Control, Atlanta.
43. June 2004. ‘GEE and missing data: an illustrated tour.’ International Society for Quality of Life Research Symposium on Advancing Outcomes Research Methodology, Boston.
44. February 2005. ‘Sensitivity analysis for instrumental variables.’ Division of Biostatistics, University of California at San Diego.
45. March 2005. ‘Principles of Biostatistics for Reproductive Endocrinology’ and ‘Data Analytic Challenges in Reproductive Endocrinology’. Serono Symposium on Frontiers in Reproductive Endocrinology, Washington DC.
46. April 2005. ‘Causal Inference for Analysis and Evaluation of Biomarkers’. Workshop on Biomarkers in HIV and Cancer, Mathematical Biosciences Institute, Department of Mathematics, Ohio State University.
47. April 2005. ‘Causal Inference for Analysis and Evaluation of Biomarkers’. Department of Statistics, University of California at Irvine.
48. April 2005. ‘Causal Inference for Analysis and Evaluation of Biomarkers’. Department of Epidemiology and Biostatistics, University of California at San Francisco.
49. May 2005. ‘Using Informative Priors to Analyze Longitudinal Clinical Trials with Dropout.’ Annual Meeting of the Society of Clinical Trials, Portland OR.
50. June 2005. ‘Sensitivity Analysis for Causal Inference and Missing Data.’ Annual Meeting of Academy Health, Boston.

51. August 2005. 'Bayesian Inference and Informative Priors for Longitudinal Data with Dropout.' Joint Statistical Meetings, Minneapolis.
52. December 2005. 'Bayesian Approaches to Longitudinal Clinical Trials.' Exposure/Response Best Practices Conference, Drug Information Agency, Philadelphia.
53. February 2006. 'Bayesian Inference and Informative Priors for Longitudinal Data with Dropout', Department of Biostatistics, University of Pennsylvania.
54. April 2006. 'Bayesian Inference and Informative Priors for Longitudinal Data with Dropout', Department of Biostatistics, Yale University.
55. June 2006. 'Bayesian Inference and Informative Priors for Longitudinal Data with Dropout', International Chinese Statistical Association Annual Symposium, University of Connecticut, Storrs.

**J. Contributed Papers and Abstracts Presented**

1. August 1994. 'Intent-to-Treat Analysis of Repeated Measures with Treatment Dropouts,' Joint Statistical Meetings, Toronto.
2. March 1996. 'Mixture Models for the Joint Distribution of Repeated Measures and Event Times,' Biometric Society (ENAR) Meetings, Richmond.
3. August 1997. 'Using Random Effects from Longitudinal Covariates to Recover Information from Censored Survival Data.' Joint Statistical Meetings, Anaheim.
4. August 1998. 'Using Random Effects from Longitudinal Covariates to Reduce Informative Censoring Bias in Survival Analysis.' Joint Statistical Meetings, Dallas.
5. October 1998. 'Hierarchical Regression Models for Correlated Binary Outcomes in In Vitro Fertilization and Embryo Transfer' (poster). American Society of Reproductive Medicine Annual Meetings, San Francisco.
6. March 1999. 'Bayesian Model Averaging as an Alternative to Variable Selection in Regression' (poster). Society for Behavioral Medicine Annual Meetings, San Diego.
7. March 1999. 'A Re-parameterization of the pattern mixture model of longitudinal repeated measures with informative dropout,' ENAR Spring Meetings, Atlanta.
8. August 1999. 'Sensitivity analyses for the pattern mixture model.' Special contributed paper session, Joint Statistical Meetings, Baltimore.
9. August 2000. 'Model selection for longitudinal data with informative dropout.' Joint Statistical Meetings, Indianapolis.
10. March 2004. 'Sensitivity analysis for instrumental variables.' ENAR Spring Meetings, Pittsburgh.

**K. Invited Short Courses**

1. February 1998. 'Analyzing Repeated Measures Data from Longitudinal Clinical Trials,' Acer-Excel Inc., Cranford NJ.
2. September 1998. 'Methods and Concepts in Biostatistics,' Clinical Epidemiology and Evidence-Based Medicine Conference, Women & Infants' Hospital and Brown University School of Medicine, Providence.
3. May 1999. 'Handling Dropout in Longitudinal Clinical Trials.' Eli Lilly Inc., Indianapolis.
4. July 2000 and July 2001. 'Analyzing Longitudinal Data.' 20th Annual Epidemiology Summer Program (sponsored by Epidemiology Research Institute, Tufts University and Boston University).
5. March 2001. 'Statistical Methods for Handling Missing Data in Longitudinal Studies.' Society of Behavioral Medicine Annual Meetings, Seattle.

6. December 2001. 'Modeling Longitudinal Data' (joint with Jason Roy), International Conference on Health Policy Research, Boston.
7. February 2004. 'Mediators and Moderators in Behavioral Medicine: Review, Application and Appraisal of Statistical Methodology.' Pittsburgh Mind-Body Center, University of Pittsburgh and Carnegie Mellon University.

**RESEARCH GRANTS AND CONTRACTS**

**A. Current Grants and Contracts**

**A-1. Current Grants as Principal Investigator**

1. ***Analyzing Complex Longitudinal Data in Behavior Sciences***
   Role: Principal Investigator
   Agency: NIH/NHLBI (R01-HL-79457)
   Period: 08/01/04 – 07/31/07
   Total costs: $776,175

**A-2. Current Subcontracts as Principal Investigator**

1. ***Lifespan/Tufts/Brown Center for AIDS Research (Biostatistics Core)***
   Role: Principal Investigator of Subcontract to Lifespan, Co-Director of Biostatistics Core
   Project PI: Charles C. J. Carpenter, M.D.
   Agency: NIH/NIAID (P30 AI 42853)
   Period: 09/01/98 – 06/30/07
   Direct costs (subcontract): $719,814

2. ***Enhanced Internet Behavior Therapy for Obesity Treatment***
   Role: Principal Investigator of Subcontract to U North Carolina, Protocol Statistician
   Project PI: Deborah Tate, Ph.D., Brown University
   Agency: NIH (R01 DK 60058)
   Period: 09/30/02 – 05/31/06
   Direct costs (subcontract): $157,184

3. ***Internet Technologies to Increase Exercise Behavior***
   Role: Principal Investigator of Subcontract to Lifespan, Protocol Statistician
   Project PI: Bess Marcus, Ph.D., Brown University
   Agency: NIH/NHLBI (R01 HL 069866)
   Period: 01/20/03 - 05/31/06
   Direct costs (subcontract): $149,640

4. ***Antiviral Therapy and HIV in the Genital Tract of Women***
   Role: Principal Investigator of Subcontract to Lifespan
   Project PI: Susan Cu-Uvin, M.D., Brown University and Miriam Hospital
   Agency: NIH/NIAID (R01-AI 40350)
   Period: 05/01/03- 04/30/08
   Direct costs (subcontract): $178,915

5. **Modifying the Obesogenic Home Envioronment: Impact on Weight Loss**
   Role: Principal Investigator of Subcontract to Lifespan, Protocol Statistician
   Project PI: Amy Gorin, Ph.D., Brown University and Miriam Hospital

Agency: NIH/NIAID (R01 HL 077082-01)
Period: 05/01/04 – 04/30/09
Direct costs (subcontract): $204,724

**A-3. Current Grants as co-investigator**

1. ***Population Studies Research Center***
Role: Core Faculty; Co-orgainzer of Causal Inference Core
Principal Investigator: Mark Pitt, Ph.D., Brown University
Agency: NIH (R24-HD-41020)
Period: 07/01/01 – 06/30/06

**B. Completed Grants and Contracts**

**B-1. Completed Grants as Principal Investigator**

1. ***Regression Methods for Infertility Data***
Role: Principal Investigator
Agency: NIH/NICHD (R03 HD 35996)
Period: 02/01/98 - 01/31/00
Total costs: $149,888

2. ***Analyzing Multiple Process Data in HIV & AIDS***
Role: Principal Investigator
Agency: NIH/NIAID (R01-AI-50505)
Period: 09/01/01 - 06/30/05
Total costs: $921,953

**B-2. Completed Subcontracts as Principal Investigator**

1. ***Stage-Matched Intervention to Increase Dual Method Use***
Role: Principal Investigator,
Subcontract to Women & Infants' Hospital
Project PI: Jeffrey Peipert, M.D., Brown University
Agency: NIH/NICHD (R01-HD-36663)
Period: 10/01/98 - 07/31/99
Direct costs (subcontract): $93,402

2. ***Epidemiological Research Studies of AIDS and HIV Infection***
Role: Principal Investigator of Subcontract to Lifespan
Project PI: Charles C. J. Carpenter, M.D., Brown University
Agency: CDCP (U64 CCU10675)
Period: 10/01/96 - 05/31/01
Direct costs (subcontract): $238,404

3. ***Moderate Exercise to Aid Smoking Cessation in Women***
Role: Principal Investigator of Subcontract to Lifespan
Project PI: Bess Marcus, Ph.D., Brown University
Agency: NIH/NCI (R01 CA 77249)
Period: 1998 – 2001
Direct costs (subcontract): $115,073

4. ***Contextual Model of Microbicide Acceptability***
Role: Principal Investigator of Subcontract to Lifespan

Project PI: Kathleen Morrow, Ph.D., Brown University
Agency: NIH/NIMH (R01 MH 64455)
Period: 09/01/01 - 08/31/03
Direct costs (subcontract): $263,205

5. ***Directly Observed HAART for Substance Abusers***
Role: Co-investigator & Lead Protocol Statistician
Principal Investigator: Timothy Flanigan, M.D., Brown University & Miriam Hospital
Agency: NIH (R01-DA-13767)
Period: 01/01/01 - 08/31/05

**B-3. Completed Grants & Contracts as Co-investigator**

1. ***The Demography of Child Disability and Rehabilitation***
Role: Co-investigator
Project PI: Dennis Hogan, Ph.D., Brown University
Agency: NIH/NICHD (R03 HD 35376-02)
Period: 09/01/97 - 08/31/99

2. ***Race and the Parental Roles of Men and Women, 1880-1990***
Role: Co-investigator
Project PI: Frances Goldscheider, Ph.D., Brown University
Agency: NIH/NICHD (R01 HD 35527-01A1)
Period: 07/01/98 - 06/30/00

3. ***Epidemiology of Ovarian Function in Relation to Violence***
Role: Co-investigator
Project PI: Sally Zierler, Ph.D., Brown University
Agency: NIH (RO1 MH 57735)
Period: 07/01/99 - 06/30/00

4. ***Area-Based Socioeconomic Measures for Health Data***
Role: Co-investigator
Subcontract PI: Sally Zierler, Ph.D., Brown University
Project PI: Nancy Krieger, Ph.D., Harvard University
Agency: NIH (R01 HD 36865)
Period: 12/01/98 - 02/28/01

5. ***Child Disability and the Family***
Role: Co-investigator
Principal Investigator: Dennis Hogan, Ph.D., Brown University
Agency: NIH (U01 HD 37614)
Period: 07/01/99 - 06/30/04

6. ***Immigration and Early Life Course Transitions***
Role: Co-investigator
Principal Investigator: Jennifer Glick, Ph.D., Arizona State University
Subcontract PI: Michael White, Ph.D., Brown University
Agency: NIH/Subcontract with Arizona State University (R01 HD 37054)
Period: Completed 08/31/04

**SERVICE ACTIVITIES**

**A. University Service**

**A-1. University and Departmental Committees (Brown University)**

| | |
|---|---|
| 1998 – pres. | **Research Faculty Search Committees (5)**, Department of Community Health |
| 1999 – pres. | **Curriculum Committee**, Department of Community Health |
| 2000 – 2003 | **Standing Committee on the Academic Code** |
| 2001 – 2003 | **Committee on Minority Faculty Recruitment** |
| 2001 | **Provost Search Committee** |
| 2002 – 2003 | **Undergraduate Curriculum Working Group,** Dept. of Community Health |
| 2002 – pres. | **Steering Committee,** Initiative on Spatial Structures in the Social Sciences |
| 2003 (spring) | **Acting Director of the Graduate Program,** Dept. of Community Health |
| 2003 – pres. | **Graduate Program Director,** Dept. of Community Health |
| 2004 – 05 | **Junior Faculty Search in Biostatistics**, Dept of Community Health |
| 2005 – 06 | **Chair, Junior Faculty Search for Biostatistics**, Dept of Community Health |
| 2005 – 06 | **Senior Faculty Search for Biostatistics**, Dept of Community Health |
| 2005 – 06 | **Senior Faculty Search for Behavioral & Social Sciences**, Dept Comm. Health |
| 2005 – 06 | **Co-organizer**, Bioinformatics Working Group, Center for Statistical Sciences |

**A-2. Other University Service**

| | |
|---|---|
| 1995 – 1996 | **Organizer**, Statistics Seminar, Center for Statistical Sciences |
| 1998 – 1999 | **Organizer**, University Lecture Series: 'Meta Analysis in Medical Research' |
| 1999 – 2000 | **Co-organizer**, Department of Community Health Seminar |
| 1999 – 2000 | **Discussion Leader**, Points on the Compass (First-Year Orientation) |
| 2002 – 2003 | **Organizer**, University Lecture Series: 'Analysis of Spatially Aligned Data' |
| 2003 – 2004 | **Organizer,** University Lecture Series: 'Statistical Methods for Bioinformatics' |

**A-3. Hospital Committee**

| | |
|---|---|
| 1997 – 1999 | **Steering Committee**, George W. Anderson Outcomes Research Unit, Women & Infants' Hospital, Providence |

**B. Professional & Government Service**

**B-1. Review and Advisory Panels**

| | |
|---|---|
| 1998 | **Reviewer.** Division of Mathematics and Statistics, NSF |
| 1998 | **Consultant.** Antiviral Drugs Advisory Committee, FDA |
| 2000 – pres. | **Member.** Clinical Trials Advisory Board, NIH Reproductive Medicine Network |
| 2000 – 02 | **Member (ad hoc).** NIH Study Section on Statistical Methods (SNEM-5) |
| 2003 | **Chair.** NIMH Special Emphasis Panel (ZMH1 SRV-C07) on 'Design, Measurement and Statistical Analysis in Mental Health Research.' |
| 2003 | **Member (ad hoc).** NIH Study Section on Behavioral Genetics and Epidemiology |
| 2004 | **Chair.** NIH Special Emphasis Panel (ZRG1 HOP-D 03) on 'Statistical Methods for Longitudinal Studies.' |
| 2004 | **Reviewer.** NIH Special Emphasis Panel on 'Behavior and Social Science Methods' (ZRG1 HOP-D 50R). |
| 2005 | **Reviewer.** NIH Study Section on AIDS Epidemiology (ACE) |
| 2005 – 06 | **Reviewer.** NIH Study Section on Biostatistical Methods Research (BMRD) |
| 2006 | **Reviewer.** NIH Study Section on Mental Health Services (SRV) |
| 2005 – 06 | **Committee Member.** 'Asbestos – Selected Health Effects', Institute of Medicine, National Academy of Sciences |

**B-2. Peer Review Service**

1994 – pres. **Peer Reviewer.** *American Journal of Epidemiology, American Journal of Preventive Medicine, Annals of Epidemiology, Applied Statistics, Archives of General Psychiatry, Biometrics, Biostatistics, Clinical Trials, Health Services and Outcomes Research Methodology, Health Services Research, Journal of Clinical Oncology, Journal of the American Statistical Association, Journal of the Royal Statistical Society (Series B), Lifetime Data Analysis, Psychological Methods, Statistical Methods in Medical Research, Statistica Sinica, Statistics in Medicine,* Addison-Wesley Longman Publishers, Springer Verlag Publishers, Wiley & Sons Publishers.

**B-3. Conference Organizing**

1997 **Organizer.** Invited paper session 'Drawing Inference under Non-ignorable Non-Response.' Biometric Society/ENAR Spring Meetings, Memphis.

1998 **Organizer.** Invited paper session 'Jointly Analyzing Longitudinal and Survival Data.' Joint Statistical Meetings, Dallas.

2000 **Reviewer.** Student Paper Competition, Biometric Society/ENAR Spring Meetings, Chicago.

2000 **Vice Program Chair.** Biometric Society/ENAR Spring Meetings, Chicago.

2000 **Organizing Committee Chair.** New England Statistics Symposium

2000 **Organizer.** Invited paper session 'Multilevel and Latent Variable Models for Infertility Studies.' Joint Statistical Meetings, Indianapolis.

2001 **Organizer.** Invited paper session 'Case Studies in Causal Inference.' Biometric Society/ENAR Spring Meetings, Charlotte.

2002 **Organizing Committee Member.** Workshop for Junior Researchers, Biometric Society/ENAR Spring Meetings, Washington DC.

2003 **Organizer.** Invited paper session 'Causal Inference from Longitudinal Data: Biostatistical and Econometric Approaches.' Biometric Society/ENAR Spring Meetings, Tampa.

2006 **Organizer.** Invited paper session 'Sensitivity Analysis for Missing Data and Causal Inference. Joint Statistical Meetings, Seattle.

**C. Community Service**

2001 – pres. **Board of Directors**, Taft Avenue Daycare, Inc.

**ACADEMIC HONORS & AWARDS**

1987 **Honors Scholar in Mathematics**, University of Connecticut

1991 **Outstanding Teaching Assistant in Mathematics**, University of Southern California

1991 - 1993 **NIH National Research Service Award**, Harvard University

1994 **Student Travel Award**, Biometric Society Spring Meetings

1997 **Young Investigator Travel Award**, Iowa State Statistics Dept 50th Anniversary

2001 – 2003 **Manning Assistant Professorship**, Brown University

**UNIVERSITY TEACHING ROLES**

**a. Courses taught (enrollment following course number)**

| | | |
|---|---|---|
| FA 1996 | BC 291 | Longitudinal Data Analysis (1/3 semester) |
| SP 1997 | BC 291 (7) | Categorical Data Analysis (1/2 semester) |
| FA 1997 | BC 213 | Principles of Biostatistics and Data Analysis |
| FA 1998 | BC 213 (~68) | Principles of Biostatistics and Data Analysis |
| FA 1999 | BC 213 (45) | Principles of Biostatistics and Data Analysis |
| SP 2000 | BC 252 (4) | Analysis of Survival Time Data |
| | BC 196 (1) | Senior Seminar in Statistics: Meta Analysis |
| FA 2000 | BC 213 (42) | Principles of Biostatistics and Data Analysis |
| | BC 296 (2) | Independent Study: Missing Data in Longitudinal Studies |
| SP 2001 | BC 252 (3) | Analysis of Survival Time Data |
| | BC 196 (1) | Senior Seminar in Statistics: Analysis of Area-Level Data |
| FA 2001 | BC 213 (48) | Principles of Biostatistics and Data Analysis |
| SP 2002 | BC 252 (4) | Analysis of Survival Time Data |
| | BC 196 (1) | Senior Seminar in Statistics: Analysis of Microarray Data |
| | BC 296 (3) | Independent Study: Regression for Multivariate Response Data |
| FA 2002 | BC 213 (45) | Principles of Biostatistics & Data Analysis |
| | BC 296 (1) | Independent Study: Causal Inference |
| SP 2003 | BC 253 (10) | Analysis of Longitudinal Data |
| FA 2003 | BC 203 (45) | Introduction to Biostatistics (mainly for MPH students) |
| SP 2004 | BC 216 (10) | Applied Regression Analysis |
| | BC 295 (1) | Independent Study: Statistical Learning |
| FA 2004 | BC 203 (65) | Introduction to Biostatistics |
| FA 2005 | BC 213 (25) | Principles of Biostatistics and Data Analysis |
| SP 2006 | BC 253 (6) | Analysis of Longitudinal Data |

**b. Theses Directed (past and current)**

1. **Vanja Dukic, Ph.D.** in Applied Mathematics, 2000 (co-advisor with C. Gatsonis)
   Thesis: *Hierarchical Bayesian Modeling for Discrete Data: Applications to Analysis of In-Vitro Fertilization Studies and to Meta-Analysis of Diagnostic Test Evaluations*
   van Ryzin Prize for Best Student Paper, ENAR Spring Meetings, 2000.
   Assistant Professor of Biostatistics, University of Chicago
2. **Christina Korkontzelou, M.S.** in Biostatistics, 2001
   Thesis: *Weighted Estimating Equations for Informative Dropout in Smoking Cessation Studies*
   Chalmers Student Scholarship, Society for Clinical Trials, 2001.
3. **Parul Aneja, MS** in Biostatistics, 2005
   Thesis: *Analysis of Longitudinal Survey Data on Educational Transitions via Pattern Mixture Models*
4. **Joo Yeon Lee,** Ph.D. candidate in Biostatistics
   *Sensitivity Analysis for Longitudinal Binary Data with Dropout*

Distinguished Student Paper Award, ENAR Spring Meetings, 2006
Ph.D. expected 2006.

5. **Shira Dunsiger,** Ph.D. candidate in Biostatistics
*Latent Variable Models for Longitudinal Data in Behavioral Medicine*
Ph.D.expected 2006

6. **Li Su**, Ph.D. candidate in Biostatistics
*Likelihood-based Semiparametric Regression for Correlated Binary Data*
Distinguished Student Paper Award, ENAR Spring Meetings, 2006
Ph.D. expected 2006

**c. Thesis Committees**

1. **Jenifer Allsworth, Ph.D.** (Epidemiology), 2000
2. **Brian Quilliam, Ph.D.** (Health Services Research), 2001
3. **Mei-Hsiu Chen, Ph.D.** (Biostatistics), 2005
4. **Shang-Ying Shiu, Ph.D** (Biostatistics), 2006.
5. **Amara Ezeamama, Ph.D.** (Epidemiology), 2006
6. **Hong Li, PhD** Biostatistics, expected 2007

**d. Postdoctoral Fellow**

**Hyejin Ko, Ph.D.**
Postdoctoral Fellow in Biostatistics, 2000 – 2001.
Senior Consultant, Samsung SDS, Seoul, South Korea

**e. Other Teaching and Advising Roles**

| | |
|---|---|
| 1995 – 1998 | **Preceptor,** Resident Research Projects, Women & Infants' Hospital |
| 1999 – pres | **Advisor** in Statistics Concentration |
| 1999 – pres. | **Advisor** in Biostatistics Graduate Program (2-3 students/year) |
| 2000 | **Reader** for Honors Thesis in Environmental Science (1 student) |
| 2000 – 2004 | **Core Faculty** for Community Health Clerkship (BC 540) |
| 2000 – pres. | **K-Award Research Mentor**<br>Project: Mentored Investigator in Women's Health<br>Awardee: Lori Boardman, M.D., Women & Infants' Hospital (K23-HD01307) |
| 2000 – pres. | **Core Faculty** for Fogarty International Training Program in HIV/AIDS |
| 2000 – pres. | **Core Faculty**, NIH Training Grant<br>Title: HIV and Other Infectious Consequences of Substance Abuse<br>PI: Tim Flanigan, Brown University and Miriam Hospital (T32-DA013911) |
| 2004 | **Faculty Advisor**, Royce Undergraduate Fellowship Program |
| 2004 – pres. | **K-Award Research Mentor**<br>Project: Combining DOT and Prevention for HIV+ Persons Leaving Prison<br>Awardee: Jennifer Mitty, MD, Miriam Hospital (K23-DA17622) |
| 2005 | **Board of Examiners** for PhD Dissertations (2)<br>Department of Statistics, University of Madras, India |