ATTACHMENT TWO

Description of Methods Used and Data Collected with Respect to the Year 2006

(The defense emphasizes that this is a very tentative presentation, made for the purpose of assisting in the request for funding. The defense further notes there has not been time to have a second examiner verify the data which has been collected thus far.)

1. Step one consisted of a review of the judgments of conviction for each criminal case for the year 2006, by reviewing the book containing these judgments in the clerk's office. There was not a judgment of conviction for each case number.
2. Step two consisted of making a list of each drug case.
3. Step three consisted or reviewing the docket sheets for the drug cases, in an effort to identify those cases in which an enhancement pursuant to section 851 was filed. The defense did not review each docket sheet, since in some cases, for example, the sentence clearly indicated there would not have been an enhancement filed under section 851.
4. For the year 2006, the defense identified 13 cases in which an information was filed pursuant to section 851. This corresponds closely with the number of 12 identified in the chart accompanying the letter from the United States Attorney to you dated September 4, 2007. That chart is Attachment 3 to the motion for funds for the expert.
5. The defense next sought to identify those defendants who were eligible for an enhancement pursuant to section 851, without seeking access to the presentence

reports. The defense sought to identify eligibility for an enhancement by reviewing the public web site of the Rhode Island Judiciary. This review is admittedly imperfect. First, the web site is not an official record, though experience teaches that it is a very reliable source. Second, the review does not account for convictions outside of Rhode Island or in the federal system. Notwithstanding these infirmities, the review identified 57 defendants who would be eligible for an enhancement pursuant to section 851, close to the number of 61 identified by the Government in Attachment 3.

6. The defense next sought to identify the race of the defendant. For this analysis, the defense accepted the racial designation provided by the Bureau of Prisons. In most cases, the register number of the defendant was on the judgment of conviction and could be used to search the Bureau of Prisons web page. The defense notes that the race of this defendant and the co-defendant were classified as African American without resort to the BOP data.

7. The data which was then accumulated is presented on a chart on the next page. In summary, the data shows the following:

There were 57 drug defendants identified. 7 cases were not included because the race of the defendant could not be determined from the Bureau of Prisons or otherwise.

Of the remaining 50 defendants, 28 were eligible for an enhancement pursuant to section 851.

Of those 28, 8 were White, 19 were African American, and 1 was an American Indian.

In that group of 28, there were 12 informations filed pursuant to section 851. Of those 12 informations, 11 of the defendants were Black and 1 was White.

# 2006 Table April 1, 2008

| Case No. | 851 Filed | 851 Eligible x=eligible; o=not eligible | Race BOP |
|---|---|---|---|
| 8 | | X | w |
| 19 | | O | w |
| 20 | | O | w |
| 21 | | O | w |
| 22-1 | | O | w |
| 22-2 | | O | b |
| 24 | | O | w |
| 26 | | x | w |
| 28 | | X | b |
| 29 | | X | b |
| 55 | | X | w |
| 56 | x | x | b |
| 57 | x | x | b |
| 58 | | X. | b |
| 59 | x | x | b |
| 60 | x | x | b |
| 61 | x | x | b |
| 62 | x | x | * |
| 65 | | O | w |
| 69-1 | | O | w |
| 69-2 | | O | b |
| 70-1 | | O | w |
| 70-2 | | O | w |
| 71 | | O | w |
| 89 | x | x | b |
| 92 | | O | w |
| 95 | | O | w |
| 96 | | X | w |
| 97 | x | x | w |
| 102 | | X | b |
| 105 | | Case not yet tried or pleaded | * |

| | | | |
|---|---|---|---|
| 106 | x | x | b |
| 107 | | x | American Indian |
| 108 | | Motion to dismiss by the Government granted | * |
| 115 | | O | b |
| 116 | | x | b |
| 117 | | Outstanding warrant for defendant | * |
| 118 | | O | b |
| 119 | | x | w |
| 120 | | O | b |
| 121 | | O | * |
| 122-1 | | O | b |
| 122-2 | | O | b |
| 124-1 | | X | w |
| 124-2 | | X | w |
| 130 | | O | b |
| 131 | | O | b |
| 132-1 | | X | * |
| 132-2 | | X | b |
| 133-1 | x | x | b |
| 133-2 | x | x | b |
| 134 | | x | b |
| 135 | x | x | b |
| 136 | x | x | b |
| 137 | | X | b |
| 142 | | X | * |
| 143 | | O | w |
| | | | |

* Could not determine the race of the defendant. Accordingly the case was not considered in the totals.