ATTACHMENT THREE

**DRUG CASES/§ 851 ENHANCEMENTS - 2002 to 2007**

| Year of Filing | Total Drug Cases | Total Drug Defendants | 851 Eligible | 851 Filed | Pleas | Trials |
|---|---|---|---|---|---|---|
| 2002 | 24 | 36 | 14 (38.9%) | 0 (0%) | 0 | 0 |
| 2003 | 29 | 40 | 18 (45%) | 7 (38.8%) | 4 | 3 |
| 2004 | 44 | 55 | 19 (34.5%) | 6 (31.6%) | 4 | 2 |
| 2005 | 45 | 58 | 24 (41.4%) | 5 (20.8%) | 3 | 2 |
| 2006 | 54 | 61 | 31 (50.8%) | 12 (38.7%) | 9 | 3 |
| 2007 (through July) | 14 | 21 | 6 (28.5%) | 1 (16.6%) | 1 | 0 |
| Totals | 210 | 271 | 112 (41.3%) | 31 (27.6%) | 21 | 10 |