# ATTACHMENT ONE

ANALYSIS OF THE DATA WITHOUT STATISTICAL SIGNIFICANCE INTERPRETATION

The figures below summarize the data from the charts in attachment one

The left hand column indicates the year in question.

The data is for all drug defendants who are eligible for a section 851 enhancement.

For each year, there is a breakdown, showing the number of defendants who were eligible for an enhancement pursuant to section 851, by whether an information seeking such an enhancement was filed and by race. Omitted is the one instance in which the race was neither Black nor White.

The final two tables summarize the figures for the years 2002 through 2006 and 2004 through 2006.

For the years 2004 through 2006, there were 57 defendants who were eligible for an enhancement pursuant to section 851. Of those 57 defendants, 26 were White and 31 were Black. Enhancements were filed against 54 per cent of the Black defendants and 23 per cent of the White defendants.

For the years 2002 through 2006, enhancements were filed against 46 per cent of the Black defendants and 28 per cent of the White defendants.

DATA FOR THE YEARS 2002 THROUGH 2006

| | White | Black |
|---|---|---|
| 2002 Info Filed | 0 | 0 |
| Info Not Filed | 2 | 5 |
| 2003 Info Filed | 5 | 3 |
| Info Not Filed | 5 | 4 |
| 2004 Info Filed | 3 | 2 |
| Info Not Filed | 6 | 3 |
| 2005 Info Filed | 2 | 4 |
| Info Not Filed | 7 | 3 |
| 2006 Info Filed | 1 | 11 |
| Info Not Filed | 7 | 8 |
| | | |

DATA FOR THE YEARS 2002 THROUGH 2006 SUMMARIZED

White Black

| | | |
|---|---|---|
| Info Filed | 11 | 20 |
| Info Not Filed | 27 | 23 |

DATA FOR THE YEARS 2004 THROUGH 2006 SUMMARIZED

| | White | Black |
|---|---|---|
| Info Filed | 5 | 17 |
| Info Not Filed | 20 | 14 |