# ATTACHMENT TWO

Description of Methods Used and Data Collected

(The defense emphasizes that this is a very tentative presentation, made for the purpose of assisting in the request for funding. The defense further notes there has not been time to have a second examiner verify the data which has been collected thus far.)

1. Step one consisted of a review of the judgments of conviction for each criminal case for the year 2002 through 2006 , by reviewing the book containing these judgments in the clerk's office. There was not a judgment of conviction for each case number.
2. Step two consisted of making a list of each drug case.
3. Step three consisted of reviewing the docket sheets for the drug cases, in an effort to identify those cases in which an enhancement pursuant to section 851 was filed. The defense did not review each docket sheet, since in some cases, for example, the sentence clearly indicated there would not have been an enhancement filed under section 851.
4. The defense next sought to identify those defendants who were eligible for an enhancement pursuant to section 851, without seeking access to the presentence reports. The defense sought to identify eligibility for an enhancement by reviewing the public web site of the Rhode Island Judiciary. This review is admittedly imperfect. First, the web site is not an official record, though experience teaches that it is a very reliable source. Second, the review does not account for convictions outside of Rhode Island or in the federal

system.

5. The defense next sought to identify the race of the defendant. For this analysis, the defense accepted the racial designation provided by the Bureau of Prisons. In most cases, the register number of the defendant was on the judgment of conviction and could be used to search the Bureau of Prisons web page. The defense notes that the race of this defendant and the co-defendant were classified as African American without resort to the BOP data.

6. The data collection and organization was conducted by counsel for the defendant and a law student assisting counsel. As stated before, the data collection has not been verified by one person checking the collection efforts of the other or by having a third person check the data.

7. The data which was then accumulated is presented on the attached charts for the years 2002, 2003, 2004, 2005, and 2006.

# 2006 Table

| Case No. | 851 Filed | 851 Eligible x=eligible; o=not eligible | Race |
|---|---|---|---|
| 8 | | X | w |
| 19 | | O | w |
| 20 | | O | w |
| 21 | | O | w |
| 22-1 | | O | w |
| 22-2 | | O | b |
| 24 | | O | w |
| 26 | | x | w |
| 28 | | X | b |
| 29 | | X | b |
| 55 | | X | w |
| 56 | x | x | b |
| 57 | x | x | b |
| 58 | | X. | b |
| 59 | x | x | b |
| 60 | x | x | b |
| 61 | x | x | b |
| 62 | x | x | * |
| 65 | | O | w |
| 69-1 | | O | w |
| 69-2 | | O | b |
| 70-1 | | O | w |
| 70-2 | | O | w |
| 71 | | O | w |
| 89 | x | x | b |
| 92 | | O | w |
| 95 | | O | w |
| 96 | | X | w |
| 97 | x | x | w |
| 102 | | X | b |
| 105 | | Case not yet tried or pleaded | * |
| 106 | x | x | b |
| 107 | | x | American Indian |
| 108 | | Motion to dismiss by the Government granted | * |
| 115 | | O | b |
| 116 | | x | b |
| 117 | | Outstanding warrant for defendant | * |
| 118 | | O | b |

| | | | |
|---|---|---|---|
| 119 | | x | w |
| 120 | | O | b |
| 121 | | O | * |
| 122-1 | | O | b |
| 122-2 | | O | b |
| 124-1 | | X | w |
| 124-2 | | X | w |
| 130 | | O | b |
| 131 | | O | b |
| 132-1 | | X | * |
| 132-2 | | X | b |
| 133-1 | x | x | b |
| 133-2 | x | x | b |
| 134 | | x | b |
| 135 | x | x | b |
| 136 | x | x | b |
| 137 | | X | b |
| 142 | | X | * |
| 143 | | O | w |
| | | | |

* Could not determine the race of the defendant. Accordingly the case was not considered in the totals.

# 2005 Table

| Case No. | 851 Filed | 851 Eligible x=eligible; o=not eligible | Race |
|---|---|---|---|
| 11 | X | X | B |
| 14-1 | | | - |
| 14-2 | | | W |
| 14-3 | | | W |
| 24 | | | W |
| 25 | | | W |
| 27 | | | W |
| 30 | | | B |
| 31 | | | B |
| 41 | | | W |
| 45-1 | | | B |
| 46 | | | W |
| 47-1 | | | W |
| 47-3 | | | W |
| 52 | | | B |
| 55 | | | W |
| 62 | | | W |
| 63 | | | W |
| 64 | | | W |
| 66 | | | W |
| 67 | | | W |
| 70-1 | | | W |
| 70-2 | | | W |
| 70-3 | | | - |
| 71 | | | - |
| 72 | | | W |
| 73 | X | X | B |
| 83 | X | X | B |
| 96 | | | B |
| 99-1 | | | B |
| 99-2 | | | B |
| 104 | | | W |
| 107-1 | | | W |
| 107-2 | | | W |
| 108-2 | | | B |
| 113 | | | W |
| 114 | | | W |
| 115 | | | B |
| 118 | | | - |

| | | | |
|---|---|---|---|
| 121 | X | X | B |
| 125-1 | | | W |
| 125-2 | | | -(although no perfect match, all possibilities are W) |
| 126 | | | B |
| 131 | | | W |
| 132 | | | W |
| 136 | | | W |
| 137-1 | X | X | W |
| 137-2- | X | X | W |
| 137-3 | | | W |
| 137-4 | | | W |
| 137-5 | | | W |
| 137-6 | | | W |
| | | | |

# 2004 Table

| Case No. | 851 Filed | 851 Eligible x=eligible; o=not eligible | Race |
|---|---|---|---|
| 2 | | | B |
| 7 | | | W |
| 8 | | | W |
| 11 | | | B |
| 12-1 | | | W |
| 12-2 | | | W |
| 13-1 | | | B |
| 13-2 | | | W |
| 16 | | | - |
| 17 | | | - |
| 26 | | | W |
| 27 | | | W |
| 32 | | | W |
| 33-1 | | | W |
| 33-2 | | | W |
| 34 | | | B |
| 38 | | | W |
| 39 | | | W |
| 43 | | | W |
| 45 | | | W |
| 48-1 | | | W |
| 48-2 | | | W |
| 61 | | | B |
| 63 | | | B |
| 74-1 | | | W |
| 74-2 | | | W |
| 78 | | | B |
| 79 | | | W |
| 81 | | | B |
| 87-1 | | | W |
| 87-2 | | | W |
| 89 | X | X | W |
| 90 | | | B |
| 94 | | | B |
| 98-1 | | | W |
| 98-2 | | | B |
| 99-1 | | | W |
| 99-2 | | | W |
| 99-3 | | | W |
| 100 | X | X | W |

| | | | |
|---|---|---|---|
| 101 | | | W |
| 102 | | | B |
| 105-1 | X | X | B |
| 105-2 | X | X | B |
| 107-1 | | | W |
| 107-2 | | | W |
| 112-1 | | | W |
| 112-2 | | | W |
| 113 | | | B |
| 118 | | | W |
| 120 | X | X | W |
| 121 | | | W |
| | | | |

# 2003 Table

| Case No. | 851 Filed | 851 Eligible x=eligible; o=not eligible | Race |
|---|---|---|---|
| 1 | | X | W |
| 2 | | O | W |
| 4 | | O | B |
| 5-1 | | X- | W |
| 5-2 | | O | W |
| 6 | | O | W |
| 7 | | O | W |
| 8 | | O | B |
| 16 | | O | W |
| 17 | | O | W |
| 22 | | O | W |
| 26 | | O | B |
| 30 | X | X | W |
| 31 | | X | W |
| 33 | | O | W |
| 38 | | X | B |
| 39 | | O | W |
| 41 | | X | B |
| 48 | | O | W |
| 55 | | O | W |
| 62-1 | | O | W |
| 62-2 | X | X | W |
| 62-3 | | O | W |
| 62-4 | | O | W |
| 68-1 | X | X | W |
| 68-2 | | O | W |
| 70-2 | X | X | W |
| 71-1 | X | X | B |
| 71-2 | X | X | B |
| 71-3 | X | X | B |
| 75-1 | | O | W |
| 75-2 | | O | W |
| 85 | | O | W |
| 89 | | X – P2-200-0802A | B |
| 90 | | O | B |
| 91 | | O | B |
| 93 | X | X | W |

| | | | |
|---|---|---|---|
| 94 | | X | W |
| 95 | | O | W |
| 100 | | X | W |
| 101 | | O | W |
| 109 | | O | W |
| 112 | | X | W |
| 113-1 | | O | B |
| 113-2 | | O | W |
| 113-3 | | O | * |
| 117 | | O | B |
| 118-1 | | O | W |
| 118-2 | | O | W |
| 118-3 | | O | W |
| 118-4 | | O | W |
| 119-1 | | ? | W |
| 119-2 | | O | W |
| | | | |

# 2002 Table

| Case No. | 851 Filed | 851 Eligible x=eligible; o=not eligible | Race |
|---|---|---|---|
| 18-1 | | O | B |
| 18-2 | | O | W |
| 18-3 | | O | W |
| 19-1 | | O | W |
| 19-2 | | O | W |
| 19-3 | | O | W |
| 20 | | O | W |
| 32 | | X | W |
| 42-1 | | O | B |
| 42-2 | | O | W |
| 48 | | X | B |
| 55-1 | | O | W |
| 55-2 | | O | W |
| 56 | | X | W |
| 61 | | O | W |
| 69 | | O | W |
| 75-1 | | X | B |
| 75-3 | | O | B |
| 82 | | O | B |
| 83 | | X | B |
| 85 | | O | B |
| 90 | | O | W |
| 94 | | X | B |
| 95 | | X | B |
| 99 | | O | W |
| 100 | | O | B |
| 101-1 | | O | B |
| 101-2 | | O | B |
| | | | |